IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAMON A. RYAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3235 |
| | ) | |
| V. | ) | |
| | ) | |
| ARTHUR WELLS, ARVIN MERITOR, | ) | ORDER |
| ARVIN INDUSTRIES, MERITOR | ) | |
| AUTOMOTIVE, ROCKWELL | ) | |
| INTERNATIONAL, FREIGHTLINER | ) | |
| LLC, and SHELBE L. DAVIS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| RAMON RYAN, and TABROA RYAN, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:04CV517 |
| | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| ARTHUR WELLS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The planning conference pursuant to Rule 16 was held this date, but counsel agreed to continue it.

IT THEREFORE HEREBY IS ORDERED,

The Rule 16 telephone planning conference is continued to June 17, 2005 at 10:00 a.m.  Plaintiff's counsel shall place the call.

DATED April 21, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge